# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KYLIE MCKENZIE,

        Plaintiff,

v.                                     Case No:   6:22-cv-615-PGB-LHP

UNITED STATES TENNIS
ASSOCIATION INCORPORATED
and USTA PLAYER DEVELOPMENT
INCORPORATED,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   PLAINTIFF'S MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPT UNDER SEAL (Doc. No. 67)
>
> **FILED:**     August 15, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon review, given that this is a discovery-related dispute that implicates the attorney-client privilege, having considered Local Rule 1.11 and the Eleventh

Circuit's standard for sealing, as well as Defendants' lack of objection, the Court finds good cause for the deposition transcript (or excerpts thereof) to be filed under seal. *See generally Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001) ("[M]aterial filed with discovery motions is not subject to the common-law right of access . . . .").

Accordingly, the motion (Doc. No. 67) is **GRANTED**, and it is **ORDERED** that Plaintiff shall file the deposition transcript (or excerpts thereof) under seal no later than **5:00 p.m.** on **August 17, 2023**. After review of the documents, the Court may require that some or all of the information filed under seal be filed in the public record, if it determines that the transcript is not properly subject to sealing. Otherwise, this seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted. *See* Local Rule 1.11(f).

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties