**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KYLIE MCKENZIE,

       Plaintiff,

v.    Case No:   6:22-cv-615-PGB-LHP

UNITED STATES TENNIS
ASSOCIATION INCORPORATED
and USTA PLAYER DEVELOPMENT
INCORPORATED,

       Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S AMENDED MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 111)**
>
> **FILED:   October 23, 2023**
>
> ———
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Yesterday, the Court denied without prejudice Plaintiff's request to seal four unidentified exhibits to her response to Defendants' motion for summary judgment, for failure to comply with Local Rule 1.11.  Doc. No. 109.  Now before the Court is Plaintiff's renewed motion.  Doc. No. 111.  Upon review, however, the renewed motion wholly eliminates any analysis of the propriety of sealing the documents at issue, fails to include a memorandum of legal authority, and demonstrates that the exhibits are subject to Local Rule 1.11(d) because they are Defendants' documents. *Id.*  Accordingly, the renewed motion (Doc. No. 111) is **DENIED without prejudice**.  The **5:00 p.m. on October 25, 2023** deadline for Defendants to move to seal the exhibits stands.  *See* Doc. No. 109, at 3 & n.2.  Otherwise, Plaintiff will be directly to immediately file the exhibits on the public docket.

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2023.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresen7ted Parties