UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


KYLIE MCKENZIE,

      **Plaintiff,**

v.                                   **Case No: 6:22-cv-615-PGB-LHP**

UNITED STATES TENNIS
ASSOCIATION
INCORPORATED and USTA
PLAYER DEVELOPMENT
INCORPORATED,

      **Defendants.**

_____/

## VERDICT FORM

    We, the jury, return the following verdict:

1.    Was the negligence on the part of the USTA in failing to protect Kylie

McKenzie from sexual misconduct a legal cause of loss, injury, or

damage to Kylie McKenzie?

        **YES** ____✓____               **NO** _____

        (If your answer to question 1 is NO, your verdict is for the Defendant,
        and you should proceed to question 2.)


2.    Was the negligence on the part of the USTA in failing to supervise or

retaining Anibal Aranda a legal cause of loss, injury, or damage to Kylie

McKenzie?

        **YES** ____✓____               **NO** _____

(If your answer is NO, you should not proceed further, please date and sign the verdict form and return it to the courtroom. If your answer is YES, please answer question 3.)

3.  What is the total amount of Kylie McKenzie's damages for pain and suffering, mental anguish, inconvenience, or loss of capacity for the enjoyment of life experienced in the past or to be experienced in the future as a result of the emotional distress she suffered?

$ 3,000,000.00

SO SAY WE ALL, this 6th day of May, 2024.

