UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KYLIE MCKENZIE,

    Plaintiff,

v.                                  Case No: 6:22-cv-615-PGB-LHP

UNITED STATES TENNIS
ASSOCIATION
INCORPORATED and USTA
PLAYER DEVELOPMENT
INCORPORATED,

    Defendants.
_____/

## VERDICT

We, the jury, return the following verdict:

1. Do you find the USTA engaged in conduct that warrants an award of punitive damages?

YES   ✓                  NO _____

If you answer no, please date and sign the verdict form without proceeding to question number two. If you answer yes, please complete question number two.

2. On the claim for punitive damages against the USTA, the jury finds damages in the amount of:

$ 6,000,000.00

SO SAY WE ALL, this 6th day of May, 2024.

