# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KYLIE MCKENZIE,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　Case No: 6:22-cv-615-PGB-LHP

**UNITED STATES TENNIS ASSOCIATION INCORPORATED and USTA PLAYER DEVELOPMENT INCORPORATED,**

        **Defendants.**
_____/

## ORDER

This case is before the Court following a jury trial. On May 6, 2024, the jury returned two verdicts which, upon review, are in proper form. The Court finds that there is no just reason to delay entry of judgment. Pursuant to the jury's verdicts, it is therefore **ORDERED** as follows:

The Clerk of Court is **DIRECTED** to enter the following judgment by separate order:

1. Judgment is hereby entered in favor of Plaintiff, Kylie McKenzie, and against Defendants, United States Tennis Association Incorporated and USTA Player Development Incorporated.

2. It is **ORDERED, DECLARED, and DECREED** that Plaintiff Kylie McKenzie shall recover from Defendants United States Tennis

Association Incorporated and USTA Player Development Incorporated the total of Nine Million ($9,000,000.00).

3. Thereafter, the Clerk is DIRECTED to close the case. The Court retains jurisdiction to resolve any post-trial motions.

**DONE AND ORDERED** in Orlando, Florida on May 7, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record