# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KYLIE MCKENZIE,**

      **Plaintiff,**

                                          CASE NO.: 6:22-cv-00615-PGB-LHP

vs.

**UNITED STATES TENNIS ASSOCIATION INCORPORATED, and USTA PLAYER DEVELOPMENT INCORPORATED,**

      **Defendants.**

_____/

## NOTICE OF APPEAL

The United States Tennis Association Incorporated and USTA Player Development Incorporated, Defendants in the above-captioned case, appeal to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on May 7, 2024[1] (Doc. 231), and from all interlocutory or other orders and rulings subsidiary or relating thereto, including without limitation the Order on Plaintiff's Proposed Bill of Costs entered on August 19, 2024 (Doc. 248), and the Order denying Defendants' Renewed Motion for Judgment as a Matter of Law, or, Alternatively for a New Trial or Remittitur entered on August 16, 2024 (Doc. 247).

---

[1] The Judgment is dated May 8, 2024. (*See* Doc. 231).

Dated: September 12, 2024.

Respectfully submitted,

*s/* Kevin W. Shaughnessy
Kevin W. Shaughnessy, Esq.
Florida Bar No. 0473448
Email: kshaughnessy@bakerlaw.com
Email: dbichard@bakerlaw.com
Meagan L. Martin, Esq.
Florida Bar No.: 0089657
Email: mmartin@bakerlaw.com
William S. Weber, Esq.
Florida Bar No.: 1032238
Email: wsweber@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Ste. 2300
Orlando, FL 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/* Kevin W. Shaughnessy
Kevin W. Shaughnessy

2